# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. WRIGHT,<br><br>    Petitioner,<br><br>    v.<br><br>S. HATTAN,<br><br>    Respondent. | Case No. CV 17-7939-GW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Respondent's Motion to Vacate Order Requiring Return/Answer to Petition is granted; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: December 4, 2018

                                                GEORGE H. WU
                                      UNITED STATES DISTRICT JUDGE