# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. WRIGHT,<br><br>      Petitioner,<br><br>    v.<br><br>S. HATTAN,<br><br>      Respondent. | Case No. CV 17-7939-GW (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 4, 2018

                                    GEORGE H. WU
                            UNITED STATES DISTRICT JUDGE